IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MCALPHIN,                                                            PLAINTIFF
ADC #88328

v.                      Case No. 5:17-cv-00176-KGB/JTR

ARKANSAS DEPARTMENT
OF CORRECTION                                           DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff James McAlphin's claims against defendant are dismissed with prejudice.

So adjudged this the 29th day of October, 2018.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge